UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD HENRY and
OPHELIA C. TWINE-HENRY,

        Plaintiffs,                      Case No. 15-cv-12469
                                                      Hon. Mark A. Goldsmith
vs.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
et al.

        Defendants.
_____/

**ORDER ACCEPTING THE REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE DATED NOVEMBER 30, 2015 (Dkt. 10) AND GRANTING
DEFENDANTS' MOTION TO DISMISS (Dkt. 6)**

      This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Anthony P. Patti, issued on November 30, 2015. In the R&R, the Magistrate Judge recommends that Defendants' motion to dismiss be granted. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, Defendants' motion to dismiss is granted.

SO ORDERED.


Dated: December 29, 2015            s/Mark A. Goldsmith
Detroit, Michigan                      MARK A. GOLDSMITH
                                          United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 29, 2015.

                                          s/Karri Sandusky
                                          Case Manager